76,389-08,0

Cause # _____

Anthony Whitney Norman,    §    IN THE TEXAS COURT OF

   Petitioner,    §    CRIMINAL APPEALS

v    §

State of Texas, William    §    MOTION DENIED    RECEIVED IN COURT OF CRIMINAL APPEALS

Stephens, Director TDCJ    §    DATE: 7-20-15    JUL 16 2015

                                                                         BY: P.C.

Respondent(s)    §    Abel Acosta, Clerk

Motion for Emergency Relief from Judgement

I Anthony Whitney Norman here in "Movant" I do hereby file this Motion for Emergency Relief from Judgement here in "Motion". Movant files this Motion for good cause and not for delay. In support Movant offers ~~shows~~ the Court the following in support:

### I. Jurisdiction

Movant files this Motion pursuant to Texas Rules of Appellate Procedure Rule(s) 10 ; 72.

### II. Facts

Movant has been incarcerated for over 4 years since 5/12/2011, and has filed a claim of actual innocence via T.R.A.P. 11.07 in cause number WR-76,389-07. Movant has just received an affidavit from an original eyewitness whom the Prosecutor concealed information which would have clearly shown Movant was innocent. Said account

1/3

/ information was provided to the trial court, but Judge Denise Bradley denied suggesting that information be included in the record. in her ~~opion~~ opinion of my 11.07 request.

### Argument

Movant is providing evidence of his innocence in a form which should have entitled him to a hearing. Judge Bradley obviously intends to exert force to block this Court from receiving legitimate information which clearly entitles the Movant to be released, and adjudged not guilty. See Exhibit 1. The Movant was convicted with NO EVIDENCE, on the sheer strength of prosecutorial misconduct allowed by defense counsel.

### Prayer

Movant prays this Court either immediatley release the Movant expediting his pending 11.07, or order the trial Court to amend the trial record with evidence of the Brady Violations, and Actual Witness Testimony. Movant also prays Judge Bradley be removed from the case.

Sincerly,

Anthony Whitney Norman
# 1718789 / WYNNE
810 FM 2821
Huntsville, TX 77349

2/3

## Certificate of Conference

Movant Anthony Whitney Norman is unable to contact the Respondent by electronic means as the Law Library provided by TDCJ does not have any updated contact information. The latest book showing government contacts is from 2013, and shows Gregy Abbott as Attorney General.

Anth

## Certificate of Mailing

I Anthony Whitney Norman herby Certify on 7/10/2015 I mailed a true and correct copy of this Motion to the State Prosecuting Attorney at P.O. Box 12405 Austin, Tx 78711-2405 by placing a copy in the prison mail system for First Class Mail Delivery postage pre-paid.

Anl

# AFFIDAVIT OF FACT

I, Emily Elizabeth Norman, do hereby make the following statements under penalty of perjury.

(1) On the weekend of 11/28/2008 I was at home with my mother, Leydis Viche' Hernandez, and my new baby brother, John Anthony Norman.

(2) My father, Anthony Whitney Norman, had left home on Friday afternoon, 11/28/2008, with my other brother, Michael Antonio Norman.

(3) I believe they went to Dallas.

(4) Over the weekend, I went for walks with my mother and watched her speak to the neighbors across the street.

(5) At night on Sunday through Monday, my mother told me to take a nap for a few hours. Later I heard a loud noise. I was upstairs.

(6) I came down stairs to see what was happening. Then, I saw Mommy on the floor dead and a gun.

(7) My daddy was not at home, and I ran upstairs and hid in my mommy's and daddy's bed.

(8) When my daddy came back, he called me to come to him, so I did.

(9) My daddy called the police, and when they came, they asked me a bunch of questions.

(10) Then I had to get in the ambulance.

(11) Then I rode back to my Grandmother's house.

(12) Then my cousin came and a policeman came, then the policeman took me and my brother, Michael to CPS along with my cousin.

(13) Then they asked me a lot of questions. I answered the questions.

(14) When I was finished, I had to go with Grandma.

(15) When I got to grandma's house I was crying super much.

(16) When the police came back they asked me some question to check if I said the same words, and I did.

(17) The next day, more policemen came and asked me a few more questions, some of them were hard to answer, but I answered the other questions.

(18) Some of the questions were...Where was your dad? Did you see the whole thing... Did your daddy kill your Mom?

(19) My dad was not at home when my mother died.

(20) I was upstairs waiting for hours for him to come home.

Affidavit sayeth further not.

*Emily Elizabeth Norman*

Emily Elizabeth Norman

State of Texas

County of Harris

Signed under oath before me on ___July 3, 2015___ by ___Emily Elizabeth Norman___

Respondent, personally known to me and/or identified by ___Birth Certificate & Witness___

*Veronica J. Scrimshaw*

Notary Public, State of Texas



VERONICA J. SCRIMSHAW
Notary Public, State of Texas
My Commission Expires
December 12, 2015